## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ANDREW RIGGLE,

                Plaintiff,

    vs.

LEAVENSON'S JANITORIAL SUPPLY,
ROBERT D. TOELLE, AND DOES 1-5,

                Defendants.

**8:15CV414**


**ORDER**


Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance

Accordingly,

IT IS ORDERED:

1)    The plaintiff is given 30 days, or until April 15, 2016, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2)    The clerk shall set a case management deadline of April 22, 2016 to verify compliance with this order.


Dated this 16th day of March, 2016

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge