IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW RIGGLE,<br><br>     Plaintiff,<br><br>vs.<br><br>LEAVENSON'S JANITORIAL SUPPLY, et al.,<br><br>     Defendants. | 8:15-CV-414<br><br>JUDGMENT |

On the plaintiff's notice of voluntary dismissal (filing 27), and pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's complaint is dismissed with prejudice.

Dated this 14th day of October, 2016.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge